# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BATTISE COLLINS,                        )  NO. CV 06-0462 CAS (FMO)
                                        )
        Petitioner,                  )
                                        )
        v.                            )  **JUDGMENT**
                                        )
SCOTT KERNAN, Warden,                   )
                                        )
        Respondent.                  )
_____)

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 21, 2008.

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE